CYRIL ROSEN, Administrator of the Estate of KAREN ROSEN, Deceased, Respondent, et al., Plaintiff, v. EDWARD MASON et al., Defendants, and HAROLD J. SEIDERS, JR., Appellant. (And Another Action.) — Appeal by defendant Harold J. Seiders, Jr., as limited by his brief, from so much of a judgment of the Supreme Court, Suffolk County, dated July 11; 1966, as is in favor of plaintiff administrator against said defendant. Judgment reversed insofar as appealed from, on the law and the facts, and severance and new trial granted as to defendant Harold J. Seiders, Jr., with costs to abide the event, unless, within 30 days after entry of the order hereon, plaintiff administrator shall serve and file a written stipulation consenting to reduce the amount of the verdict in his favor against said defendant from $53,000 to $40,000 and to the entry of an amended judgment accordingly, in which event the judgment, as so reduced and amended, is affirmed, without costs. In our opinion, the verdict was excessive to the extent indicated. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

PHILIP J. SMITH et al., Appellants, v. MARVIN HAYUTIN et al., Respondents.— Order of the Supreme Court, Queens County, dated August 7, 1967, modified, on the law and the facts and in the exercise of discretion, by striking out the second and third ordering paragraphs, which pertain to examinations before trial. As so modified, order affirmed, with $10 costs and disbursements. In our opinion, the moving papers failed to establish the development of unusual and unanticipated conditions subsequent to placing the action on the Trial Calendar with respect to examinations before trial (*Negron* v. *Kaufman*, 26 A D 2d 548; *Williams* v. *New York City Tr. Auth.*, 23 A D 2d 590). Christ, Acting P. J., Brennan, Hopkins and Munder, JJ., concur; Rabin, J., dissents and votes to affirm the order.